# United States District Court
# District of Connecticut

SCANNED at CCI and Emailed by MB . 26 pages  date 3/15/24  initials  No.

Tyrick Thomas

v.

Commissioner: Angel Qurios, et. al

Case No. _____

Date: 3/15/2024

## Pro-se Civil Right's violation Claim

This is a civil right's action filed by the Plaintiff: Tyrick [signature] a state Prisoner for relief under 42 U.S.C. § 1983, for allegation's of 8th Amendment violation of the U.S.C. and state Constitution and violation of the 14th Amendment of the U.S.C. to equal Protection of the law.

### Jurisdiction

1) This court has Jurisdiction over the Plaintiff's claim's of violation of federal Constitutional right's under 42 USC. §§ 1331(1) and 1343.

2) This court also has supplemental Jurisdiction over the Plaintiff's state law tort claim's under 28 USC. § 1367

The Plaintiff(s)

Name: Tyrick Thomas
ID number: 344007
Current Address: Cheshire Corr. Inst
900 Highland Ave, Cheshire, CT. 06410

Defendant No 1
Name: Simple
Job or title: Retired Prison Commissioner
Employer
Address

Defendant No 2
Name: Angel Quiros
Job or title: Prison Commissioner
Employer
address:

Defendant No 3
Name: Rebecca Cutler
Job or title: unknown
Employer
Address:

Defendant No 5
Name: Cepelak
Job or title: unknown
Employer
Address:

Defendant No 6
Name: Dzurenda
Job or title: Unknown
Employer
Address:

Defendant No 7
Name: Chapdelaine
Job or title: unknown
Employer
Address:

Defendant No 8
Name: Roy
Job or title: unknown
Employer
Address:

Defendant No 9
Name: Trap
Job or title: maintence worker
Employer
Address:

Defendant No 10
Name: Acosta
Job or title: maintence worker
Employer
Address:

Defendant No 11
Name: Sullivan
Job or title: maintence worker
Employer
Address:

Defendant No 12
Name: ~martin~ ~~Sullivan~~
Job or title: maintence worker
Employer
Address:

Defendant No 13
Name: Bassette
Job or title: maintence worker
Employer
Address:

Defendant No 14
Name: Bell
Job or title: maintence Worker
Employer
Address:

Defendant No 15
Name: Gero
Job or title: Fire safety officer
Employer
Address:

Statement of facts

1) The Plaintiff brings forth this civil right's action for unconstitutional Conditions of Confinement with deliberate Indifference to health and safety

2) by exposure to unlawfully High P.C.B. Level's; expoure to friable asbestos, methane Gas and Black and yellow mold; unsafe Drinking water & showering water; poor building Infrastructure; and fire hazards to the Level of constitutional violation

3) The Plaintiff humbly request a copy of the Original filing known as ("Toliver v. semple case-number: 3:16-cv-1899")

4) So that the Plaintiff can properly Amend this Civil Right's Action before (Initial review order) Please see (Exhibit #1)

I (signature) declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge

Exhibit #1

Consist of one page memo

# NOTICE TO POTENTIAL CLASS MEMBERS IN TOLIVER v. SEMPLE, 3:16-cv-1899 (SRU) pending in the United States District Court for the District of Connecticut:

On or about April 1, 2024, the Court intends to decertify the class and subclass in the case involving conditions of confinement at OSBORN CORRECTIONAL INSTITUTION. If you are or were incarcerated at Osborn between November 1, 2013 and the present, and you believe you may have Eighth Amendment claims against the Department of Correction based on the alleged condition of the water, or you were housed in the Q Buildings at Osborn between November 1, 2013 through December 2016, and you believe you may have Eighth Amendment claims against the Department of Correction based on alleged exposure to PCBs and asbestos, you should file those lawsuits on or before April 1, 2024, or risk being barred by the statute of limitations.

