Refiled
Defect fixed

# United States District Court
## District of Connecticut

SCANNED at CCI
and Emailed by MB . 26 pages
date 3/15/24 initials No.

Tyrick Thomas

Case NO _____

V.

Commissioner: Angel Qurios,
et. al

Refiled (4/1/2024)
Date: 3/15/2024

Amended
(Pro-se Civil Right's violation Claim)

This is a civil right's action filed by the Plaintiff: Tyrick Thomas
a state Prisoner for relief under 42 U.S.C. § 1983, for allegations
of 8th Amendment violation of the U.S.C. and state Constitution and
violation of the 14th Amendment of the U.S.C. to equal Protection
of the law.

### Jurisdiction

1) This court has Jurisdiction over the Plaintiff's claims
of violation of federal Constitutional right's under 42 USC. §§ 1331 (1)
and 1343.

2) This court also has supplemental Jurisdiction over the
Plaintiff's state law tort claims under 28 U.S.C. § 1367

The Plaintiff(s)

Name: Tyrick Thomas

ID number: 344007

Current

Address: Cheshire Corr, Inst
900 Highland Ave, Cheshire, CT. 06410

SCANNED at CCI
and Emailed 3/20/24 by MB . 26 pages
date initials No.

SCANNED at
and Emailed 4/1/24 by MB . 26 pages
date initials No.

Defendant No 1

Name: Simple

Job or title: Retired Prison Commissioner

Employer The Department of Correction

Address: 24 Wolcott Hill Road

Wethersfield, C.T. 06109

Defendant No 2

Name: Angel Quiros

Job or title: Prison Commissioner

Employer The Department of Correction

address: 24 Wolcott Hill Road

Wethersfield, C.T. 06109

Defendant No 3

Name: Rebecca Cutler

Job or title: unknown

Employer The Department of Correction

Address: 24 Wolcott Hill Road

Wethersfield, C.T. 06109

Defendant No. # 4

Name: Cepelak

Job or title: unknown

Employer    The Department of Correction

Address: 24 Wolcott Hill Road
          Wethersfield CT. 06109

Defendant No. # 5

Name: Dzurenda

Job or title: unknown

Employer    The Department of Correction

Address: 24 Wolcott Hill Road
          Wethersfield CT. 06109

Defendant No. # 6

Name: Chapdelaine

Job or title: unknown

Employer    The Department of Correction, 24 Wolcott
                                              Hill Road
Address:    Wethersfield, CT. 06109


Defendant No # 7

Name: Roy

Job or title: unknown

Employer    The Department of Correction

Address: 24 Wolcott Hill Road
          Wethersfield, CT. 06109

Defendant No 8

Name: Trap

Job or title: maintence worker

Employer   The Department of Correction

Address:   24 Wolcott Hill Road
           Wethersfield, C.T. 06109

Defendant No 9

Name: Acosta

Job or title: maintence worker

Employer   The Department of Correction

Address:   24 Wolcott Hill Road
           Wethersfield, CT. 06109

Defendant No 10

Name: Sullivan

Job or title: maintence worker

Employer   The Department of Correction

Address:   24 Wolcott Hill Road
           Wethersfield, C.T. 06109

Defendant No 11

Name: martin

Job or title: maintence worker

Employer   The Department of Correction

Address:   24 Wolcott Hill Road
           Wethersfield, C.T. 06109

<u>Statement of facts</u>

1) The Plaintiff brings forth this civil rights action for being housed at (Osborn, Corr, Inst) under unconstitutional conditions of Confinement with Deliberate Indefference to his health and safety

2) by being exposed to unlawful High Level's of (P.C.B) exposure to friable asbestos, methane Gas and Black and yellow mold, and unsafe Drinking water and unsafe showering water do to poorly maintained building Infrastructure, and fire Hazard's to the Level of Constitutional violation's

3) Causing Bumps and sores and scabs to develope on my scalp and skin, and my throat got sore from the Drinking water part of my face swelled from the shower water and I became sick on multiple occasion and now suffer from folicolitus do to this exposure

4) Please See (Exhibit #1) which Direct's class Action member's to file their suits by (April, 1, 2024)

Signed under penalty of perjury
Sign: _____   Date: 3/25/24

Exhibit #1

Consist of one page memo

# NOTICE TO POTENTIAL CLASS MEMBERS IN TOLIVER v. SEMPLE, 3:16-cv-1899 (SRU) pending in the United States District Court for the District of Connecticut:

On or about April 1, 2024, the Court intends to decertify the class and subclass in the case involving conditions of confinement at OSBORN CORRECTIONAL INSTITUTION. If you are or were incarcerated at Osborn between November 1, 2013 and the present, and you believe you may have Eighth Amendment claims against the Department of Correction based on the alleged condition of the water, or you were housed in the Q Buildings at Osborn between November 1, 2013 through December 2016, and you believe you may have Eighth Amendment claims against the Department of Correction based on alleged exposure to PCBs and asbestos, you should file those lawsuits on or before April 1, 2024, or risk being barred by the statute of limitations.



Defendant No 12

Name: Bassette

Job or title: maintence worker

Employer      The Department of Correction

Address:      24 Wolcott Hill Road

              Wethersfield, C.T. 06109

Defendant No 13

Name: Bell

Job or title: maintence Worker

Employer      The Department of Correction

Address:      24 Wolcott Hill Road

              Wethersfield, C.T. 06109

Defendant No 14

Name: Gero

Job or title: Fire Safety officer

Employer      The Department of Correction

Address:      24 Wolcott Hill Road

              Wethersfield, C.T. 06109

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS IN A CIVIL
RIGHTS ACTION

ATTACH THIS FORM TO YOUR COMPLAINT

Tyrick Thomas                    :          PRISONER
[Your name]                      :          NO: _____cv_____( )
                    Plaintiff,   :          [Leave blank for Clerk]
                                 :
                                 :
vs.                              :
Commissioner: Angel Quros        :
_____  :
_____  :
_____  :
[People you are suing]           :
                    Defendant(s):

I, X _____, [your name]

state that, because of my poverty, I am unable to pay the filing fee for the above-captioned
lawsuit at the time that I file my complaint. I therefore request permission to file my
complaint without pre-payment of the filing fee and to proceed in forma pauperis (as a
poor person).

I understand that I cannot file for free. I realize that even if the Court allows me to
proceed in forma pauperis I will have to pay the full filing fee of $350 through installments
deducted from my inmate trust fund. I also understand that the Department of Correction
Inmate Trust Fund will continue to deduct money from my

inmate trust fund to pay the filing fee to the Court even if my lawsuit is dismissed.

I also understand that I must support my claim of poverty by truthfully answering all of the following questions and by obtaining a signed certification of the balance on my inmate trust fund from the DOC Inmate Trust Fund or my prison counselor.   I realize that I may be prosecuted for perjury if I lie on this application, and that perjury is punishable by imprisonment for up to five years and/or a fine of $250,000 (18 U.S.C. §§ 1621, 3571).

WARNING: You MUST complete EVERY section or your application will be denied. Answer every question truthfully and accurately.

1.   Full Name: _Tyrick  Thomas_

2.   Inmate Number: _344007_

3.   Correctional Institution: _Cheshire, Corr, Inst_

4.   Are you currently employed? (Yes or No) _NO_

5.   If you are currently employed, state your job title and the amount you get paid each month:

     Job: _____

     Monthly wages: $ _Zero_

6.   Within the past twelve (12) months, how much money have you received from the following sources? [If none, write "zero"]

     a. Employment: Type _____ $ _Zero_
     b. Rent someone paid you:                   $ _Zero_
     c. Interest on savings:                     $ _Zero_
     d. Dividends on investments: $_____ _Zero_
     e. Pension, annuity, or life insurance: $ _Zero_
     d. Gifts or inheritances:                   $ _Zero_
     e. Other sources: Type _____ _Gift_ _____ $_____

2

Revised 3/8/18

7. How much money do you have in cash, or in checking or savings accounts, including your inmate trust account? [If none, write "zero"]

   $_____

8. What is the total value of property you own excluding ordinary household furnishings and clothing, but including automobiles, real      estate, stocks, bonds, and notes? [If  none,  write  "zero"]

   $ _Zero_____

9. How much money do you contribute each month to the support of family members or other individuals? Provide the  name  of  each  person  you  support  and  the relationship  between  you  (e.g.,  husband,  wife,  domestic  partner,  child,  or grandparent).  [If you need more space, attach an additional page.]

   a.   Name & Relationship:_____  $ _Zero_____
   b.   Name & Relationship:_____  $ _Zero_____
   c.   Name & Relationship:_____  $ _Zero_____

## DECLARATION UNDER PENALTY OF PERJURY

WARNING: You MUST sign this section or your application for IFP status will be denied.

I, _Tyrick Thomas_ , the  applicant,  declare under penalty of perjury that the information I have provided in this application is true and correct.

Signed: _Tyrick Thomas_

Dated: _____3/15_____, 20_24_

WARNING:  You have not finished.  You MUST complete the next section.

3

PRISONER AUTHORIZATION

WARNING: You MUST complete and sign this section and then show this page to the Inmate Trust Fund Department or your prison counselor so that they can sign the next section.

Your name:
Your inmate number:
DOC facility where you are detained:

Case Number [leave blank for Clerk]:
Filing Date [leave blank for Clerk]:

I, _Ty___k _Thom__s_____, the applicant, understand that even if my request for In Forma Pauperis status is granted, Congress has said that I must pay the full filing fee of $350, which will be deducted in installments from my inmate trust fund.  I further understand that the deductions from my inmate trust fund will continue until the full fee is paid, even if my case is dismissed before then.

I authorize the Department of Correction Inmate Trust Fund to: (1) certify on the next page of this application the current and average balance over the last six months for my inmate trust fund; (2) send the Court copies of my trust fund statement for the past six months; (3) obtain funds to cover the $350 filing fee by deducting installment payments from my inmate trust fund based on the average of deposits to or balance in my inmate trust fund, in accordance with 28 U.S.C. Section 1915; (4) send the $350 payment for the filing fee to the Court.

Signed: _____ [Your signature]

Date: _____3 / 15_____, 20_24_ [Today's date]

WARNING:  You have not finished.  You MUST show this page to the Inmate Trust Fund Department or your prison counselor so that they can sign the next section.  Do NOT send this application to the Court without the signature of the Inmate Trust Fund Department or your prison counselor on the next page.

4

Revised 3/8/18

CERTIFICATION OF INMATE ACCOUNT BALANCE

WARNING: You MUST show this application to the Inmate Trust Fund Department or your prison counselor so that they can read page 4 and sign this section.

Your name:
Your inmate number:
DOC facility where you are detained:

I, _____Becler_____, counselor/employee of the Connecticut Department of Correction Inmate Trust Fund, certify that the applicant named herein has the sum of $___29.94___ on account.

I further certify that, according to the records of the institution, the applicant's average balance for the last six months was $____231.51____ and the average monthly deposits during the same period were $____239.79____.

A certified copy of the applicant's trust fund statement for the last six (6) months is attached.

Signed: _____
(Inmate Trust Fund Officer or Prison Counselor)

Name & Rank: ____Becler____cc_____

Date: ____3/15_____, 20 24

Revised 3/8/18

CHECKLIST FOR IFP APPLICATION

NOTE:          Before you send this application to the Court you MUST:

_____       Sign the Declaration under Penalty of Perjury on p. 3

_____       Sign the Prisoner Authorization on p. 4

_____       Show the application to the Inmate Trust Fund Department or your prison
               counselor and have them sign p. 5

_____       Answer every question truthfully and accurately

_____       Attach trust fund statement for the last six (6) months (ledger sheet)

When the Inmate Trust Fund Department or your counselor has signed page 5, attach this
form to your complaint and submit to the Court.

6

| 03/15/2024 09:07:53 | | PAGE :   01  OF  01 |
| --- | --- | --- |
| CCI311 | CT DOC - PRODUCTION | OIRPLRAR |
| | | 11.2.1.3 |

## PLRA IN FORMA PAUPERIS STATUS REPORT
## FOR DEFINED PERIOD : 08/31/2023   TO   02/29/2024

| DOC# : | 0000344007 | NAME :  THOMAS TYRICK | ADMIT DATE : | 07/25/2023 |
| --- | --- | --- | --- | --- |
| DOB : | 08/13/1989 | | ADMIT TIME : | 04:10 |

| AVERAGE MONTHLY RECEIPTS | 20% OF RECEIPTS | AVERAGE SPENDABLE BALANCE | 20% OF SPENDABLE |
| --- | --- | --- | --- |
| 239.29 | 47.86 | 231.51 | 46.30 |

**DISPLAY TRUST ACCOUNTS - (QTIDTACC)**

ID# `0000344007`   BKG# `8`   NAME `THOMAS, TYRICK`

## Trust Summary

Account Balances `29.94` `0.00`

| Date | | Locn | Type | Transaction Description | Amount | Current | Hold |
|------|---|------|------|------------------------|--------|---------|------|
| 03/14/2024 | | CTDOC | REG | CRS SAL ORD #15609661 D2 | <65.44> | 29.94 | 0.00 |
| 03/13/2024 | | CTDOC | REG | JPINTERF: TXN_TRACE 167212900, TXN_DAT | 25.00 | 95.38 | 0.00 |
| 03/08/2024 | | CTDOC | REG | JPINTERF: TXN_TRACE 167036950, TXN_DAT | 50.00 | 70.38 | 0.00 |
| 03/07/2024 | | CTDOC | REG | CRS SAL ORD #15600992 D2 | <57.51> | 20.38 | 0.00 |
| 03/06/2024 | | CTDOC | REG | Med Sick Fee 125 2/26/24 | <3.00> | 77.89 | 0.00 |
| 03/05/2024 | | CTDOC | REG | JPINTERF: TXN_TRACE 166921010, TXN_DAT | 40.00 | 80.89 | 0.00 |
| 02/28/2024 | | CTDOC | REG | CRS SAL ORD #15589523 D2 | <91.71> | 40.89 | 0.00 |
| 02/26/2024 | | CTDOC | REG | Postage-125 | <9.25> | 132.60 | 0.00 |
| 02/23/2024 | | CTDOC | REG | JPINTERF: TXN_TRACE 166482840, TXN_DAT | 50.00 | 141.85 | 0.00 |
| 02/14/2024 | | CTDOC | REG | CRS SAL ORD #15571527 D2 | <54.54> | 91.85 | 0.00 |
| 02/13/2024 | | CTDOC | REG | JPINTERF: TXN_TRACE 166146195, TXN_DAT | 47.70 | 146.39 | 0.00 |
| 02/09/2024 | | CTDOC | REG | JPINTERF: TXN_TRACE 166012936, TXN_DAT | 50.00 | 98.69 | 0.00 |
| 02/07/2024 | | CTDOC | REG | CRS SAL ORD #15563161 D2 | <58.09> | 48.69 | 0.00 |

Previous Page

**DISPLAY TRUST ACCOUNTS - (OTIDTACC)**

ID# 0000344007     BKG# 8     NAME THOMAS, TYRICK

**Trust Summary**

Account Balances    29.94    0.00

| Date | | Locn | Type | Transaction Description | Amount | Current | Hold | |
|------|--|------|------|------------------------|--------|---------|------|--|
| 02/07/2024 | | CTDOC | REG | CRS SAL ORD #15563161 D2 | <58.09> | 48.69 | 0.00 | |
| 02/02/2024 | | CTDOC | REG | JPINTERF: TXN_TRACE 165751047, TXN_DAT | 40.00 | 106.78 | 0.00 | |
| 01/31/2024 | | CTDOC | REG | CRS SAL ORD #15554605 D2 | <54.81> | 66.78 | 0.00 | |
| 01/30/2024 | | CTDOC | REG | Postage 125 | <2.83> | 121.59 | 0.00 | |
| 01/30/2024 | | CTDOC | REG | Postage 125 | <2.83> | 124.42 | 0.00 | |
| 01/28/2024 | | CTDOC | REG | JPINTERF: TXN_TRACE 165580697, TXN_DAT | 50.00 | 127.25 | 0.00 | |
| 01/26/2024 | | CTDOC | REG | JPINTERF: TXN_TRACE 165506913, TXN_DAT | 50.00 | 77.25 | 0.00 | |
| 01/24/2024 | | CTDOC | REG | CRS SAL ORD #15546149 D2 | <46.75> | 27.25 | 0.00 | |
| 01/23/2024 | | CTDOC | REG | JPINTERF: TXN_TRACE 165433715, TXN_DAT | 50.00 | 74.00 | 0.00 | |
| 01/18/2024 | | CTDOC | REG | CRS SAL ORD #15539388D2 | <20.20> | 24.00 | 0.00 | |
| 01/18/2024 | | CTDOC | REG | CRS SAL ORD #15539121 D2 | <66.43> | 44.20 | 0.00 | |
| 01/17/2024 | | CTDOC | REG | Postage-125 | <9.80> | 110.63 | 0.00 | |
| 01/12/2024 | | CTDOC | REG | JPINTERF: TXN_TRACE 165083512, TXN_DAT | 50.00 | 120.43 | 0.00 | |

Previous Page

**DISPLAY TRUST ACCOUNTS - (OTIDTACC)**

ID# 0000344007          BKG# 8          NAME THOMAS, TYRICK

**Trust Summary**

Account Balances | 29.94 | 0.00

| Date | | Locn | Type | Transaction Description | Amount | Current | Hold |
|------|---|------|------|------------------------|--------|---------|------|
| 02/07/2024 | | CTDOC | REG | CRS SAL ORD #15563161 D2 | <58.09> | 48.69 | 0.00 |
| 02/02/2024 | | CTDOC | REG | JPINTERF: TXN_TRACE 165751047, TXN_DAT | 40.00 | 106.78 | 0.00 |
| 01/31/2024 | | CTDOC | REG | CRS SAL ORD #15554605 D2 | <54.81> | 66.78 | 0.00 |
| 01/30/2024 | | CTDOC | REG | Postage 125 | <2.83> | 121.59 | 0.00 |
| 01/30/2024 | | CTDOC | REG | Postage 125 | <2.83> | 124.42 | 0.00 |
| 01/28/2024 | | CTDOC | REG | JPINTERF: TXN_TRACE 165580697, TXN_DAT | 50.00 | 127.25 | 0.00 |
| 01/26/2024 | | CTDOC | REG | JPINTERF: TXN_TRACE 165506913, TXN_DAT | 50.00 | 77.25 | 0.00 |
| 01/24/2024 | | CTDOC | REG | CRS SAL ORD #15546149 D2 | <46.75> | 27.25 | 0.00 |
| 01/23/2024 | | CTDOC | REG | JPINTERF: TXN_TRACE 165433715, TXN_DAT | 50.00 | 74.00 | 0.00 |
| 01/18/2024 | | CTDOC | REG | CRS SAL ORD #15539388D2 | <20.20> | 24.00 | 0.00 |
| 01/18/2024 | | CTDOC | REG | CRS SAL ORD #15539121 D2 | <66.43> | 44.20 | 0.00 |
| 01/17/2024 | | CTDOC | REG | Postage-125 | <9.80> | 110.63 | 0.00 |
| 01/12/2024 | | CTDOC | REG | JPINTERF: TXN_TRACE 165083512, TXN_DAT | 50.00 | 120.43 | 0.00 |

Previous Page

**DISPLAY TRUST ACCOUNTS - (OTIDTACC)**

## Trust Summary

ID# 0000344007   BKG# 8   NAME THOMAS, TYRICK

Account Balances: 29.94 | 0.00

| Date | | Locn | Type | Transaction Description | Amount | Current | Hold |
|------|--|------|------|------------------------|--------|---------|------|
| 01/12/2024 | | CTDOC | REG | JPINTERF: TXN_TRACE 165083512, TXN_DAT | 50.00 | 120.43 | 0.00 |
| 01/10/2024 | | CTDOC | REG | CRS SAL ORD #15529847 D2 | <56.38> | 70.43 | 0.00 |
| 01/05/2024 | | CTDOC | REG | JPINTERF: TXN_TRACE 164855978, TXN_DAT | 60.00 | 126.81 | 0.00 |
| 01/03/2024 | | CTDOC | REG | CRS SAL ORD #15522336 D2 | <55.26> | 66.81 | 0.00 |
| 12/29/2023 | | CTDOC | REG | JPINTERF: TXN_TRACE 164603835, TXN_DAT | 60.00 | 122.07 | 0.00 |
| 12/28/2023 | | CTDOC | REG | CRS SAL ORD #15515479 D2 | <72.82> | 72.07 | 0.00 |
| 12/22/2023 | | CTDOC | REG | JPINTERF: TXN_TRACE 164399076, TXN_DAT | 60.00 | 144.89 | 0.00 |
| 12/20/2023 | | CTDOC | REG | CRS SAL ORD #15505972 D2 | <70.79> | 84.89 | 0.00 |
| 12/20/2023 | | CTDOC | REG | CRS SAL ORD #15505962D2 | <37.33> | 155.68 | 0.00 |
| 12/15/2023 | | CTDOC | REG | JPINTERF: TXN_TRACE 164141370, TXN_DAT | 50.00 | 193.01 | 0.00 |
| 12/13/2023 | | CTDOC | REG | CRS SAL ORD #15497826 D2 | <136.40> | 143.01 | 0.00 |
| 12/08/2023 | | CTDOC | REG | JPINTERF: TXN_TRACE 163911356, TXN_DAT | 100.00 | 279.41 | 0.00 |
| 12/06/2023 | | CTDOC | REG | CRS SAL ORD #15490234 D2 | <156.44> | 179.41 | 0.00 |

Previous Page

**DISPLAY TRUST ACCOUNTS - (OTIDTACC)**

ID# 0000344007     BKG# 8     NAME THOMAS, TYRICK

## Trust Summary

Account Balances  29.94    0.00

| Date | | Locn | Type | Transaction Description | Amount | Current | Hold |
|---|---|---|---|---|---|---|---|
| 12/06/2023 | | CTDOC | REG | CRS SAL ORD #15490234 D2 | <156.44> | 179.41 | 0.00 |
| 12/01/2023 | | CTDOC | REG | JPINTERF: TXN_TRACE 163626207, TXN_DAT | 50.00 | 335.85 | 0.00 |
| 11/29/2023 | | CTDOC | REG | CRS SAL ORD #15482225 D2 | <90.19> | 285.85 | 0.00 |
| 11/24/2023 | | CTDOC | REG | CRS SAL ORD #15475678 D2 | <105.87> | 376.04 | 0.00 |
| 11/21/2023 | | CTDOC | REG | TPINTERF: TXN_TRACE 137150016, TXN_DAT | 103.05 | 481.91 | 0.00 |
| 11/20/2023 | | CTDOC | REG | JPINTERF: TXN_TRACE 163308088, TXN_DAT | 200.00 | 378.86 | 0.00 |
| 11/17/2023 | | CTDOC | REG | JPINTERF: TXN_TRACE 163200239, TXN_DAT | 50.00 | 178.86 | 0.00 |
| 11/10/2023 | | CTDOC | REG | JPINTERF: TXN_TRACE 162978783, TXN_DAT | 75.00 | 128.86 | 0.00 |
| 11/08/2023 | | CTDOC | REG | CRS SAL ORD #15457100 D2 | <114.69> | 53.86 | 0.00 |
| 11/06/2023 | | CTDOC | REG | Photos SP  125 | <6.00> | 168.55 | 0.00 |
| 11/03/2023 | | CTDOC | REG | JPINTERF: TXN_TRACE 162704535, TXN_DAT | 50.00 | 174.55 | 0.00 |
| 11/01/2023 | | CTDOC | REG | Med Sick Fee  125  10.16.23 | <3.00> | 124.55 | 0.00 |
| 11/01/2023 | | CTDOC | REG | CRS SAL ORD #15448735 D2 | <77.33> | 127.55 | 0.00 |

Previous Page

**DISPLAY TRUST ACCOUNTS - (OTIDTACC)**

ID# 0000344007    BKG# 8    NAME THOMAS, TYRICK

**Trust Summary**

Account Balances: 29.94 | 0.00

| Date | Locn | Type | Transaction Description | Amount | Current | Hold |
|------|------|------|------------------------|--------|---------|------|
| 11/01/2023 | CTDOC | REG | CRS SAL ORD #15448735 D2 | <77.33> | 127.55 | 0.00 |
| 11/01/2023 | CTDOC | REG | CRS SAL ORD #15448720D2 | <15.15> | 204.88 | 0.00 |
| 10/31/2023 | CTDOC | REG | CRS SAL ORD #15447711D2 | <49.76> | 220.03 | 0.00 |
| 10/25/2023 | CTDOC | REG | CRS SAL ORD #15440837 D2 | <99.28> | 269.79 | 0.00 |
| 10/20/2023 | CTDOC | REG | JPINTERF: TXN_TRACE 162247161, TXN_DAT | 50.00 | 369.07 | 0.00 |
| 10/20/2023 | CTDOC | REG | Med Dental Fee  125  10/06/23 | <3.00> | 319.07 | 0.00 |
| 10/18/2023 | CTDOC | REG | CRS SAL ORD #15433254 D2 | <94.02> | 322.07 | 0.00 |
| 10/11/2023 | CTDOC | REG | CRS SAL ORD #15422354 D2 | <5.12> | 416.09 | 0.00 |
| 10/10/2023 | CTDOC | REG | JPINTERF: TXN_TRACE 161801883, TXN_DAT | 50.00 | 421.21 | 0.00 |
| 10/02/2023 | CTDOC | REG | CRS SAL ORD #15414115 D2 | <17.93> | 371.21 | 0.00 |
| 09/26/2023 | CTDOC | REG | CEC SAL ORD #15406502 | 65.95 | 389.14 | 0.00 |
| 09/26/2023 | CTDOC | REG | CRS SAL ORD #15406502 D2 | <65.95> | 323.19 | 0.00 |
| 09/26/2023 | CTDOC | REG | CRS SAL ORD #15406284 D2 | <65.95> | 389.14 | 0.00 |

Previous Page

**DISPLAY TRUST ACCOUNTS - (OTIDTACC)**

ID# 0000344007    BKG# 8    NAME THOMAS, TYRICK

## Trust Summary

Account Balances    29.94    0.00

| Date | | Locn | Type | Transaction Description | Amount | Current | Hold |
|------|---|------|------|------------------------|--------|---------|------|
| 09/26/2023 | ⬇ | CTDOC | REG | CRS SAL ORD #15406284 D2 | <65.95> | 389.14 | 0.00 |
| 09/22/2023 | ⬇ | CTDOC | REG | JPINTERF: TXN_TRACE 161291042, TXN_DAT | 50.00 | 455.09 | 0.00 |
| 09/18/2023 | ⬇ | CTDOC | REG | CRS SAL ORD #15397979 D2 | <3.34> | 405.09 | 0.00 |
| 09/11/2023 | ⬇ | CTDOC | REG | CRS SAL ORD #15389961 D2 | <3.73> | 408.43 | 0.00 |
| 09/11/2023 | ⬇ | CTDOC | REG | CRS SAL ORD #15389935 D2 | <19.90> | 412.16 | 0.00 |
| 09/08/2023 | ⬇ | CTDOC | REG | JPINTERF: TXN_TRACE 160844504, TXN_DAT | 50.00 | 432.06 | 0.00 |
| 09/05/2023 | ⬇ | CTDOC | REG | CRS SAL ORD #15382763 D2 | <20.27> | 382.06 | 0.00 |
| 08/28/2023 | ⬇ | CTDOC | REG | CRS SAL ORD #15374324 D2 | <20.27> | 402.33 | 0.00 |
| 08/24/2023 | ⬇ | CTDOC | REG | JPINTERF: TXN_TRACE 160323897, TXN_DAT | 50.00 | 422.60 | 0.00 |
| 08/22/2023 | ⬇ | CTDOC | REG | Med Spec Appt Cancel  125  082223 | <25.00> | 372.60 | 0.00 |
| 08/22/2023 | ⬇ | CTDOC | REG | CRS SAL ORD #15367939 D2 | <14.61> | 397.60 | 0.00 |
| 08/11/2023 | ⬇ | CTDOC | REG | JPINTERF: TXN_TRACE 159885775, TXN_DAT | 50.00 | 412.21 | 0.00 |
| 08/11/2023 | ⬇ | CTDOC | REG | CRS SAL ORD #15358810 D2 | <24.61> | 362.21 | 0.00 |

Previous Page

```
03/15/2024 09:10                                                          Page 1 Of   4
CCI311                          CT DOC - PRODUCTION                         OTRTASTA
                    T R U S T   A C C O U N T   S T A T E M E N T           10.2.1.5
```

DOC#:   0000344007    Name: THOMAS, TYRICK TASHAWAN        [Birth_Date]: 08/13/1989
LOCATION: 125-G

ACCOUNT BALANCES Total:        29.94      CURRENT:      29.94      HOLD:      0.00

                              08/15/2023   03/15/2024

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| SPENDABLE BALANCE | 412.21 | 29.94 |
| DISCHARGED SAVINGS | | |
| BONDS | | |
| PLRA | | |
| HOLIDAY PACKAGES | | |
| COST OF INCARCERATION | | |
| REENTRY ID | 0.00 | 0.00 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE OFF AMT. |
|---|---|---|---|---|---|
| OPOS | POSTAGE | 111 - 01/17/08 | 0.00 | 5.23 | 0.00 |
| OPOS | POSTAGE | 112-05/16/13 | 0.00 | 3.11 | 0.00 |

### TRANSACTION DESCRIPTIONS --        SPENDABLE BALANCE SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 08/22/2023 | CRS | CRS SAL ORD #15367939 D2 | ( 14.61) | 397.60 |
| 08/22/2023 | WFSAC | Med Spec Appt Cancel 125 082223 | ( 25.00) | 372.60 |
| 08/24/2023 | JP_TXN | JPINTERF: TXN_TRACE 160323897, TXN_DATE 08/24/2023, NET_AMOUNT 5000, A | 50.00 | 422.60 |
| 08/28/2023 | CRS | CRS SAL ORD #15374324 D2 | ( 20.27) | 402.33 |
| 09/05/2023 | CRS | CRS SAL ORD #15382763 D2 | ( 20.27) | 382.06 |
| 09/08/2023 | JP_TXN | JPINTERF: TXN_TRACE 160844504, TXN_DATE 09/08/2023, NET_AMOUNT 5000, A | 50.00 | 432.06 |
| 09/11/2023 | CRS | CRS SAL ORD #15389935D2 | ( 19.90) | 412.16 |
| 09/11/2023 | CRS | CRS SAL ORD #15389961 D2 | ( 3.73) | 408.43 |
| 09/18/2023 | CRS | CRS SAL ORD #15397979 D2 | ( 3.34) | 405.09 |
| 09/22/2023 | JP_TXN | JPINTERF: TXN_TRACE 161291042, TXN_DATE 09/22/2023, NET_AMOUNT 5000, A | 50.00 | 455.09 |
| 09/26/2023 | CRS | CRS SAL ORD #15406284 D2 | ( 65.95) | 389.14 |
| 09/26/2023 | CRS | CRS SAL ORD #15406502 D2 | ( 65.95) | 323.19 |
| 09/26/2023 | CEC | CEC SAL ORD #15406502 | 65.95 | 389.14 |
| 10/02/2023 | CRS | CRS SAL ORD #15414115 D2 | ( 17.93) | 371.21 |
| 10/10/2023 | JP_TXN | JPINTERF: TXN_TRACE 161801883, TXN_DATE 10/10/2023, NET_AMOUNT 5000, A | 50.00 | 421.21 |
| 10/11/2023 | CRS | CRS SAL ORD #15422354 D2 | ( 5.12) | 416.09 |
| 10/18/2023 | CRS | CRS SAL ORD #15433254 D2 | ( 94.02) | 322.07 |
| 10/20/2023 | WFMD | Med Dental Fee 125 10/06/23 | ( 3.00) | 319.07 |
| 10/20/2023 | JP_TXN | JPINTERF: TXN_TRACE 162247161, TXN_DATE 10/20/2023, NET_AMOUNT 5000, A | 50.00 | 369.07 |
| 10/25/2023 | CRS | CRS SAL ORD #15440837 D2 | ( 99.28) | 269.79 |
| | | | | 220.03 |

```
03/15/2024 09:10                                                       Page  2  Of   4
CCI311                         CT DOC - PRODUCTION                          OTRTASTA
                     T R U S T   A C C O U N T   S T A T E M E N T          10.2.1.5


DOC#:   0000344007    Name: THOMAS, TYRICK TASHAWAN      [Birth_Date]: 08/13/1989
LOCATION: 125-G
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|
| 10/31/2023 | CRS | CRS SAL ORD #15447711D2 | ( 49.76) | |
| 11/01/2023 | CRS | CRS SAL ORD #15448720D2 | ( 15.15) | 204.88 |
| 11/01/2023 | CRS | CRS SAL ORD #15448735 D2 | ( 77.33) | 127.55 |
| 11/01/2023 | WFMS | Med Sick Fee 125  10.16.23 | ( 3.00) | 124.55 |
| 11/03/2023 | JP_TXN | JPINTERF: TXN_TRACE 162704535, TXN_DATE 11/03/2023, NET_AMOUNT 5000, A | 50.00 | 174.55 |
| 11/06/2023 | WPHO | Photos SP  125 | ( 6.00) | 168.55 |
| 11/08/2023 | CRS | CRS SAL ORD #15457100 D2 | ( 114.69) | 53.86 |
| 11/10/2023 | JP_TXN | JPINTERF: TXN_TRACE 162978783, TXN_DATE 11/10/2023, NET_AMOUNT 7500, A | 75.00 | 128.86 |
| 11/17/2023 | JP_TXN | JPINTERF: TXN_TRACE 163200239, TXN_DATE 11/17/2023, NET_AMOUNT 5000, A | 50.00 | 178.86 |
| 11/20/2023 | JP_TXN | JPINTERF: TXN_TRACE 163308088, TXN_DATE 11/20/2023, NET_AMOUNT 20000, | 200.00 | 378.86 |
| 11/21/2023 | TP_TXN | TPINTERF: TXN_TRACE 137150016, TXN_DATE 11/21/2023, NET_AMOUNT 10305, | 103.05 | 481.91 |
| 11/24/2023 | CRS | CRS SAL ORD #15475678 D2 | ( 105.87) | 376.04 |
| 11/29/2023 | CRS | CRS SAL ORD #15482225 D2 | ( 90.19) | 285.85 |
| 12/01/2023 | JP_TXN | JPINTERF: TXN_TRACE 163626207, TXN_DATE 12/01/2023, NET_AMOUNT 5000, A | 50.00 | 335.85 |
| 12/06/2023 | CRS | CRS SAL ORD #15490234 D2 | ( 156.44) | 179.41 |
| 12/08/2023 | JP_TXN | JPINTERF: TXN_TRACE 163911356, TXN_DATE 12/08/2023, NET_AMOUNT 10000, | 100.00 | 279.41 |
| 12/13/2023 | CRS | CRS SAL ORD #15497826 D2 | ( 136.40) | 143.01 |
| 12/15/2023 | JP_TXN | JPINTERF: TXN_TRACE 164141370, TXN_DATE 12/15/2023, NET_AMOUNT 5000, A | 50.00 | 193.01 |
| 12/20/2023 | CRS | CRS SAL ORD #15505962D2 | ( 37.33) | 155.68 |
| 12/20/2023 | CRS | CRS SAL ORD #15505972 D2 | ( 70.79) | 84.89 |
| 12/22/2023 | JP_TXN | JPINTERF: TXN_TRACE 164399076, TXN_DATE 12/22/2023, NET_AMOUNT 6000, A | 60.00 | 144.89 |
| 12/28/2023 | CRS | CRS SAL ORD #15515479 D2 | ( 72.82) | 72.07 |
| 12/29/2023 | JP_TXN | JPINTERF: TXN_TRACE 164603835, TXN_DATE 12/29/2023, NET_AMOUNT 5000, A | 50.00 | 122.07 |
| 01/03/2024 | CRS | CRS SAL ORD #15522336 D2 | ( 55.26) | 66.81 |
| 01/05/2024 | JP_TXN | JPINTERF: TXN_TRACE 164855978, TXN_DATE 01/05/2024, NET_AMOUNT 6000, A | 60.00 | 126.81 |
| 01/10/2024 | CRS | CRS SAL ORD #15529847 D2 | ( 56.38) | 70.43 |
| 01/12/2024 | JP_TXN | JPINTERF: TXN_TRACE 165083512, TXN_DATE 01/12/2024, NET_AMOUNT 5000, A | 50.00 | 120.43 |
| 01/17/2024 | WPOS | Postage-125 | ( 9.80) | 110.63 |

```
03/15/2024 09:10                                                    Page  3  Of   4
CCI311                         CT DOC - PRODUCTION                        OTRTASTA
                    T R U S T   A C C O U N T   S T A T E M E N T        10.2.1.5


DOC#:   0000344007    Name: THOMAS, TYRICK TASHAWAN        [Birth_Date]: 08/13/1989
LOCATION: 125-G
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|
| 01/18/2024 | CRS | CRS SAL ORD #15539121 D2 | ( 66.43) | 44.20 |
| 01/18/2024 | CRS | CRS SAL ORD #15539388D2 | ( 20.20) | 24.00 |
| 01/23/2024 | JP_TXN | JPINTERF: TXN_TRACE 165433715, TXN_DATE 01/23/2024, NET_AMOUNT 5000, A | 50.00 | 74.00 |
| 01/24/2024 | CRS | CRS SAL ORD #15546149 D2 | ( 46.75) | 27.25 |
| 01/26/2024 | JP_TXN | JPINTERF: TXN_TRACE 165506913, TXN_DATE 01/26/2024, NET_AMOUNT 5000, A | 50.00 | 77.25 |
| 01/28/2024 | JP_TXN | JPINTERF: TXN_TRACE 165580697, TXN_DATE 01/28/2024, NET_AMOUNT 5000, A | 50.00 | 127.25 |
| 01/30/2024 | WPOS | Postage 125 | ( 2.83) | 124.42 |
| 01/30/2024 | WPOS | Postage 125 | ( 2.83) | 121.59 |
| 01/31/2024 | CRS | CRS SAL ORD #15554605 D2 | ( 54.81) | 66.78 |
| 02/02/2024 | JP_TXN | JPINTERF: TXN_TRACE 165751047, TXN_DATE 02/02/2024, NET_AMOUNT 4000, A | 40.00 | 106.78 |
| 02/07/2024 | CRS | CRS SAL ORD #15563161 D2 | ( 58.09) | 48.69 |
| 02/09/2024 | JP_TXN | JPINTERF: TXN_TRACE 166012936, TXN_DATE 02/09/2024, NET_AMOUNT 5000, A | 50.00 | 98.69 |
| 02/13/2024 | JP_TXN | JPINTERF: TXN_TRACE 166146195, TXN_DATE 02/13/2024, NET_AMOUNT 4770, A | 47.70 | 146.39 |
| 02/14/2024 | CRS | CRS SAL ORD #15571527 D2 | ( 54.54) | 91.85 |
| 02/23/2024 | JP_TXN | JPINTERF: TXN_TRACE 166482840, TXN_DATE 02/23/2024, NET_AMOUNT 5000, A | 50.00 | 141.85 |
| 02/26/2024 | WPOS | Postage-125 | ( 9.25) | 132.60 |
| 02/28/2024 | CRS | CRS SAL ORD #15589523 D2 | ( 91.71) | 40.89 |
| 03/05/2024 | JP_TXN | JPINTERF: TXN_TRACE 166921010, TXN_DATE 03/05/2024, NET_AMOUNT 4000, A | 40.00 | 80.89 |
| 03/06/2024 | WFMS | Med Sick Fee 125 2/26/24 | ( 3.00) | 77.89 |
| 03/07/2024 | CRS | CRS SAL ORD #15600992 D2 | ( 57.51) | 20.38 |
| 03/08/2024 | JP_TXN | JPINTERF: TXN_TRACE 167036950, TXN_DATE 03/08/2024, NET_AMOUNT 5000, A | 50.00 | 70.38 |
| 03/13/2024 | JP_TXN | JPINTERF: TXN_TRACE 167212900, TXN_DATE 03/13/2024, NET_AMOUNT 2500, A | 25.00 | 95.38 |
| 03/14/2024 | CRS | CRS SAL ORD #15609661 D2 | ( 65.44) | 29.94 |

```
            TRANSACTION DESCRIPTIONS --          DISCHARGED  SUB-ACCOUNT
                                                     SAVINGS
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|

```
            TRANSACTION DESCRIPTIONS --          BONDS  SUB-ACCOUNT
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|

```
            TRANSACTION DESCRIPTIONS --          PLRA  SUB-ACCOUNT
```

DOC#:   0000344007    Name: THOMAS, TYRICK TASHAWAN           [Birth_Date]: 08/13/1989
LOCATION: 125-G

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|
| | TRANSACTION DESCRIPTIONS -- | | HOLIDAY PACKAGES SUB-ACCOUNT | |

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|
| | TRANSACTION DESCRIPTIONS -- | | COST OF    SUB-ACCOUNT INCARCERATION | |

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|
| | TRANSACTION DESCRIPTIONS -- | | REENTRY ID SUB-ACCOUNT | |

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|